# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

RODNEY D. ZEUNE,

        Plaintiffs,

v.

MICHAEL BRAY, et al.,

        Defendants.

CASE NO. 2:12-cv-448
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

## ORDER

This matter is before the Court on the Federal Defendants' Motion to Dismiss (Doc. No. 3), Matt Daily's Motion to Dismiss (Doc. No. 4) and Jennifer Hunt and John Bender's Motion to Dismiss (Doc. No. 5). The plaintiff has not responded to these motions. The Court has determined that the plaintiff may not have been served with these motions because he is no longer at the address listed on the docket. The Court hereby **DIRECTS THE CLERK** to mail these three motions and this Order to the plaintiff at: Rodney D. Zeune A625137, Chillicothe Correctional Institution, P.O. Box 5500, Chillicothe, Ohio 45601.

The plaintiff has an affirmative duty to notify the Court of any change in his address. *See Barber v. Runyon*, No. 93-6318, 1994 WL 163765, at *1 (6th Cir. May 2, 1994) ("If [*pro se* Plaintiff's] address changed, she had an affirmative duty to supply the court with notice of any and all changes in her address."); *see also Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991) ("[W]hile *pro se* litigants may be entitled to some latitude when dealing with sophisticated legal issues . . . there is no cause for extending this margin to straightforward procedural requirements that a layperson can comprehend."); *Walker v. Cognis Oleo Chem., LLC*, No. 1:07cv289, 2010

WL 717275, at *1 (S.D. Ohio Feb. 26, 2010) ("By failing to keep the Court apprised of his current address, Plaintiff demonstrates a lack of prosecution of his action."). However, in an attempt to reach the merits, if any, of this action, the Court shall permit the plaintiff one further opportunity to respond to the pending motions to dismiss. The plaintiff is **ORDERED** to respond to these motions within twenty (20) days of the date of this Opinion and Order. No extensions will be granted.

    **IT IS SO ORDERED.**

1-8-2013
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

2